**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: D.L.D.      :   No. 139 MAL 2020

                                          :

                                          :

PETITION OF: D.L.D.      :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.